UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Justin and Melissa Werth, *et al.*,

                          Plaintiffs,         Civ. No. 10-2235 (RHK/FLN)

v.

                                               **ORDER**

Hill-Rom, Inc.,

                          Defendant.

---

The parties' Stipulation to Extend Time for Hearing of Dispositive Motions and Completing Expert Discovery (Doc. No. 90) is **APPROVED**. Defendant shall re-notice the hearing on its Motion for Summary Judgment and Motion to Exclude Experts once the parties have agreed to an acceptable date on or after February 15, 2012. After a new hearing date has been selected and approved by the Court, the parties shall brief the Motions in accordance with the deadlines set forth in Local Rule 7.1(b).

Dated: December 7, 2011                                  s/Richard H. Kyle
                                                                    RICHARD H. KYLE
                                                                    United States District Judge