## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Justin Werth and Melissa Werth, individually, and as parents and natural guardians for minor M.W., and Allina Health System,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Hill-Rom, Inc.,<br><br>　　　　　Defendant. | Civil No.  10-2235 (RHK/FLN)<br><br>**ORDER APPROVING STIPULATION** |

The parties' Stipulation to Continue Expert Depositions (Doc. No. 105) is

**APPROVED.**

Dated: January 11, 2012

　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　United States District Judge