# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Justin Werth and Melissa Werth, individually, and as parents and natural guardians for minor M.W., and Allina Health System, | Civil No.  10-2235 (RHK/FLN) **ORDER APPROVING STIPULATION** |
| Plaintiffs, | |
| v. | |
| Hill-Rom, Inc., | |
| Defendant. | |

The parties' Stipulation to Continue Expert Depositions (Doc. No. 105) is **APPROVED.**

Dated: January 11, 2012

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge