# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Justin and Melissa Werth, *et al.*,

                Plaintiffs,      Civ. No. 10-2235 (RHK/FLN)

v.

                                **ORDER**

Hill-Rom, Inc.,

                Defendant.

In light of Defendant's recently filed Motion to Strike (Doc. No. 107), **IT IS ORDERED**:

1. The hearing on the parties' <u>Daubert</u> Motions (Doc. Nos. 74, 95, 99) and Defendant's Motion for Summary Judgment (Doc. No. 70), currently scheduled for February 17, 2012, is **CONTINUED** *sine die*;

2. Briefing on <u>all</u> pending Motions is **STAYED** pending further Order of the Court, except as otherwise directed herein;

3. Plaintiffs shall serve and file their Memorandum in Opposition to Defendant's Motion to Strike on or before February 6, 2012. <u>*No Reply – whether by memorandum, affidavit, letter, or otherwise – shall be permitted absent further Order of the Court*</u>; and

4. The parties will be contacted by the Court in due course to set up a conference call to discuss case progression, the schedule for briefing the pending

Motions, the hearing date therefor, and the trial-ready date.


Dated: January 25, 2012                           s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge